DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Ramini Sri Pilla, | ) | |
| | ) | CASE NO. 1:07 CR 228 |
| Petitioner-Defendant, | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent-Plaintiff. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the application of Ramini Sri Pilla for a writ of *corum nobis* is DENIED and the case is DISMISSED.

IT IS SO ORDERED.

| | |
|---|---|
|  August 20, 2010 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |